## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | CASE NO: **04-55932** |
| **GEORGE JOHN ALEKSIN** ) | |
| **MARY LOUISE ALEKSIN** ) | MARILYN SHEA-STONUM |
| ) | BANKRUPTCY JUDGE |
| Debtor(s) ) | |
| ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **GE MONEY BANK**
   **Check No. 752639**
   **Claim #02-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$6.30** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **10/22/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*ck # 762389*
*receipt # 81872*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

04-55932-mss    Doc 116    FILED 10/25/10    ENTERED 10/25/10 15:16:58    Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**GEORGE JOHN ALEKSIN**
1204 GRANDVIEW
AKRON, OH 44305
(Via Regular Mail)

**MARY LOUISE ALEKSIN**
1204 GRANDVIEW
AKRON, OH 44305
(Via Regular Mail)

**CHRISTINE CORZIN (via ECF)**

**GE MONEY BANK**
PO BOX 105968
ATLANTA, GA 30353-5980
(via Regular Mail)

Date of Service: **10/22/2010**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com